Mary Caruso, Respondent, *v.* Luigi Caruso, Appellant.

(Argued May 12, 1932; decided June 1, 1932.)

*Louis Jay* and *Maxwell E. Blinder* for appellant.

*Edwin I. Becker, Michael A. Coviello* and *John Palmieri* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Pound, Ch. J., Crane, Lehman, Kellogg, O'Brien, Hubbs and Crouch, JJ.